Robert J. Herrington (SBN CA 234417)
Benjamin S. Kurtz (SBN CA 280515)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com
kurtzb@gtlaw.com

Attorneys for Defendant HEALTH-ADE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE GONZALEZ, MICHAELA FURDZOVA, LUCAS MARISCAL, STEPHANIE PORTER, SEATON COLLARD, JAMES COFFIN, LAWRENCE EBEL, PATRICK ROJAS, SYMONE SSWEAZIE, SARAH COWART, KYMBERLY LOVETT, KIM MILLER, DAN SCALF, DAVID ULERY, RICKY WRIGHT, MICHAEL MILLER, CLAUDE VOGEL, ARLETA KORDYLEWSKA, BROOKE TOLAN, KEISHA WALTON, MICHELLE GROCHOWSKI, RAQUEL PEREZ, and SANDRA NICLAS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HEALTH-ADE LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.  5:18-cv-01836-MMC<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (L.R. 6-1(a))**<br><br>Action Filed:  March 23, 2018<br>Old Response Date:  June 15, 2018<br>New Response Date:  June 22, 2018 |

1  Pursuant to Local Rule 6-1(a), Defendant Health-Ade LLC ("Health-Ade") and Plaintiffs Lynette
2  Gonzalez, Michaela Furdzova, Lucas Mariscal, Stephanie Porter, Seaton Collard, James Coffin,
3  Lawrence Ebel, Patrick Rojas, Symone Sweazie, Sarah Cowart, Kymberly Lovette, Kim Miller, Dan
4  Scalf, David Ulery, Ricky Wright, Michael Miller, Claude Vogel, Arleta Kordylewska, Brooke Tolan,
5  Keisha Walton, Michael Grochowski, Raquel Perez and Sandra Niclas ("Plaintiffs"; and together with
6  Defendant, the "Parties") hereby stipulate and agree that Defendant may have an extension of time, until
7  and including June 22, 2018, to respond to Plaintiffs' First Amended Complaint. The Parties make the
8  following recitals in support of this stipulation.

9  WHEREAS, Plaintiffs filed the Complaint in this action on March 23, 2018;

10  WHEREAS, Health-Ade was served with the Complaint on March 26, 2018;

11  WHEREAS, Health-Ade filed a Motion to Dismiss on May 18, 2018;

12  WHEREAS, Plaintiffs filed a First Amended Complaint on June 1, 2018, per Federal Rule of
13  Civil Procedure 15(a)(1), rendering Health-Ade's Motion to Dismiss the original Complaint moot (ECF
14  21);

15  WHEREAS, Health-Ade's current deadline to respond to the First Amended Complaint is June
16  15, 2018;

17  WHEREAS, Health-Ade has requested an extension of time to prepare a response to the First
18  Amended Complaint, and Plaintiffs agree that Health-Ade may have an extension of time, until and
19  including June 22, 2018.

20  WHEREFORE: the parties agree Health-Ade may have an extension of time, until and including
21  June 22, 2018, to respond to Plaintiffs' First Amended Complaint.

22
23  ///
24  ///
25  ///
26  ///
27  ///
28

DATED:  June 14, 2018                              GREENBERG TAURIG, LLP


By: /s/ *Robert J. Herrington*
Robert J. Herrington
Attorneys for Defendant
HEALTH-ADE LLC


DATED:  June 14, 2018                              BRADLEY GROMBACHER, LLP


By: /s/ *Kiley L. Grombacher*
Marcus J. Bradley
Kiley L. Grombacher
Taylor L. Emerson
Attorneys for Plaintiffs
LYNETTE GONZALEZ, et al.


### ATTESTATION OF FILER

I, Robert J. Herrington, am the ECF user whose identification and password are being used to file this STIPULATION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

*Robert J. Herrington*
Robert J. Herrington