Robert J. Herrington (SBN CA 234417)
Benjamin S. Kurtz (SBN CA 280515)
GREENBERG TRAURIG, LLP
1840 Century Park East, Suite 1900
Los Angeles, California 90067-2121
Tel: 310.586.7700; Fax: 310.586.7800
herringtonr@gtlaw.com
kurtzb@gtlaw.com

Attorneys for Defendant HEALTH-ADE LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE GONZALEZ, MICHAELA FURDZOVA, LUCAS MARISCAL, STEPHANIE PORTER, SEATON COLLARD, JAMES COFFIN, LAWRENCE EBEL, PATRICK ROJAS, SYMONE SSWEAZIE, SARAH COWART, KYMBERLY LOVETT, KIM MILLER, DAN SCALF, DAVID ULERY, RICKY WRIGHT, MICHAEL MILLER, CLAUDE VOGEL, ARLETA KORDYLEWSKA, BROOKE TOLAN, KEISHA WALTON, MICHELLE GROCHOWSKI, RAQUEL PEREZ, and SANDRA NICLAS, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>HEALTH-ADE LLC, a Delaware limited liability company,<br><br>　　　　　　　　Defendant. | CASE NO.  5:18-cv-01836-MMC<br><br>**STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT (L.R. 6-1(a))**<br><br>Action Filed:  March 23, 2018<br>Old Response Date:  June 22, 2018<br>New Response Date:  July 3, 2018 |

1  Pursuant to Local Rule 6-1(a), Defendant Health-Ade LLC ("Health-Ade") and Plaintiffs Lynette Gonzalez, Michaela Furdzova, Lucas Mariscal, Stephanie Porter, Seaton Collard, James Coffin, Lawrence Ebel, Patrick Rojas, Symone Sweazie, Sarah Cowart, Kymberly Lovette, Kim Miller, Dan Scalf, David Ulery, Ricky Wright, Michael Miller, Claude Vogel, Arleta Kordylewska, Brooke Tolan, Keisha Walton, Michael Grochowski, Raquel Perez and Sandra Niclas ("Plaintiffs"; and together with Defendant, the "Parties") hereby stipulate and agree that Defendant may have an extension of time, until and including July 3, 2018, to respond to Plaintiffs' First Amended Complaint.  The Parties make the following recitals in support of this stipulation.

WHEREAS, Plaintiffs filed the Complaint in this action on March 23, 2018;

WHEREAS, Health-Ade was served with the Complaint on March 26, 2018;

WHEREAS, Health-Ade filed a Motion to Dismiss on May 18, 2018;

WHEREAS, Plaintiffs filed a First Amended Complaint on June 1, 2018, per Federal Rule of Civil Procedure 15(a)(1), rendering Health-Ade's Motion to Dismiss the original Complaint moot (ECF 21);

WHEREAS, Plaintiffs granted Health-Ade an extension to respond to the First Amended Complaint up to and including June 22, 2018;

WHEREAS, Health-Ade has requested an additional, short extension of time to prepare a response to the First Amended Complaint, and Plaintiffs agree that Health-Ade may have an extension of time, until and including July 3, 2018, to respond.

WHEREFORE:  the parties agree Health-Ade may have an extension of time, until and including July 3, 2018, to respond to Plaintiffs' First Amended Complaint.

///
///
///

| | | |
|---|---|---|
| 1 | DATED:  June 22, 2018 | GREENBERG TAURIG, LLP |

DATED:  June 22, 2018                                   GREENBERG TRAURIG, LLP


By: <u>/s/ *Robert J. Herrington*</u>
     Robert J. Herrington
     Attorneys for Defendant
     HEALTH-ADE LLC


DATED:  June 22, 2018                                   BRADLEY GROMBACHER, LLP


By: <u>/s/ *Kiley L. Grombacher*</u>
     Marcus J. Bradley
     Kiley L. Grombacher
     Taylor L. Emerson
     Attorneys for Plaintiffs
     LYNETTE GONZALEZ, et al.


**<u>ATTESTATION OF FILER</u>**

I, Robert J. Herrington, am the ECF user whose identification and password are being used to file this STIPULATION. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

                                          <u>*Robert J. Herrington*</u>
                                           Robert J. Herrington