| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | **BRADLEY/GROMBACHER, LLP**<br>Marcus J. Bradley, Esq. (SBN 174156)<br>Kiley L. Grombacher, Esq. (SBN 245960)<br>Taylor L. Emerson, Esq. (SBN 225303)<br>2815 Townsgate Road, Suite 130<br>Westlake Village, California 91361<br>Telephone:     (805) 212-5124<br>Facsimile:     (805) 270-7589<br>E-Mail: mbradley@bradleygrombacher.com<br>           kgrombacher@bradleygrombacher.com<br>           temerson@bradleygrombacher.com<br><br>(*Additional Counsel on Subsequent Page*) Attorneys for Plaintiffs |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| LYNETTE GONZALEZ, MICHAELA FURDZOVA, LUCAS MARISCAL, STEPHANIE PORTER, SEATON COLLARD JAMES COFFIN, LAWRENCE EBEL, PATRICK ROJAS, SYMONE SWEAZIE, SARAH COWART, KYMBERLY LOVETT, KIM MILLER, DAN SCALF, DAVID ULERY, RICKY WRIGHT, MICHAEL MILLER, CLAUDE VOGEL, ARLETA KORDYLEWSKA, BROOKE TOLAN, KEISHA WALTON, MICHELLE GROCHOWSKI, RAQUEL PEREZ, and SANDRA NICLAS individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>HEALTH-ADE. LLC, a Delaware limited liability company<br><br>         Defendant. | **CASE NO. 3:18-cv-01836-MMC**<br>**(Assigned to Hon. Maxine M. Chesney)**<br><br>**REQUEST FOR AN ORDER TO PERMIT PARTICIPATION IN MEDIATION SCHEDULED FOR JUNE 26, 2018**<br><br>[Filed concurrently with [Proposed] Order Granting Request for an Order to Permit Participation in Mediation Scheduled for June 26, 2018]<br><br><br>Complaint Filed: 3/23/18 |

**MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
Ryan McGee (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone Number: (813) 223-5505
Facsimile Number: (813) 222-4736
jyanchunis@forthepeople.com

| | |
|---|---|
| 1 | Plaintiffs Lynette Gonzalez, Michaela Furdzova, Lucas Mariscal, Stephanie Porter, Seaton Collard, James Coffin, Lawrence Ebel, Patrick Rojas, Symone Sweazie, Sarah Cowart, Kymberly Lovett, Kim Miller, Dan Scalf, David Ulery, Ricky Wright, Michael Miller, Claude Vogel, Arleta Kordylewska, Brooke Tolan, Keisha Walton, Michelle Grochowski, Raquel Perez and Sandra Niclas ("Plaintiffs") have come to understand that Defendant Health-Ade LLC ("Defendant" or "Health-Ade") plan to engage in mediation with plaintiffs in the related action *Bayol, et al. v. Health-Ade LLC, et. al.,* Case No. 18-cv-01462-MMC, on June 26, 2018. |

Although counsel for Plaintiffs have attempted in good faith to participate in the mediation, and Defendant's counsel takes no position, counsel for the *Bayol* Plaintiffs has informed undersigned that the mediation is closed solely to the *Bayol* parties, even after this Court related the cases. (Doc. 14). By this Motion, Plaintiffs hereby move to be permitted to attend and participate in such mediation.

Plaintiff Lucas Mariscal ("Plaintiff Mariscal") is a resident of Vancouver, Washington who purchased Health-Ade kombucha beverage products in both Oregon and Washington. Plaintiff Mariscal brings claims *inter alia,* under the Oregon Trade Practices Law (Or. Rev. Stat. §646.605 *et. seq.*) and the Washington Consumer Protection Act (Wash. Rev. Code §19.86.010 *et. seq*).

Plaintiff Stephanie Porter (Plaintiff Porter") is a citizen or Oregon and also brings claims *inter alia,* pursuant to the Oregon Trade Practices Law (Or. Rev. Stat. §646.605 *et. seq.*).

Plaintiff Seaton Collard ("Plaintiff Collard") is a citizen of Texas who brings claims in this action pursuant to, *inter alia*, the Texas Deceptive Trade Practices- Consumer Protection Act (Tex. Rev. Code §17.41 *et. seq*).

Plaintiff Symone Sweazie ("Plaintiff Sweazie") is a citizen of New Jersey, who brings claims in this action pursuant to, *inter alia*, the New Jersey Deceptive Trade Practices Act (N.J. Stat. Ann. §56:8-91 *et. seq*).

Plaintiff Patrick Rojas ("Plaintiff Rojas") is a citizen of Florida who brings claims

in this action pursuant to, *inter alia*, the Florida Deceptive Trade Practices Act (Fla. Stat. Ann. §501.201 *et. seq*).

Plaintiff Lawrence Ebel ("Plaintiff Ebel") is a citizen of Hawaii who brings claims in this action pursuant to, *inter alia*, the Hawaii Unfair and Deceptive Trade Practices Act (Haw. Rev. Stat. §480-1 *et. seq*).

Plaintiff Sarah Cowart ("Plaintiff Cowart") is a citizen of Massachusetts who brings claims in this action pursuant to, *inter alia*, the Massachusetts Business Practice and Consumer Protection Act (Mass. Gen. Laws Ann. §93A-1 *et. seq*).

Plaintiff Kymberly Lovett ("Plaintiff Lovett") is a citizen of Minnesota who brings claims in this action pursuant to, *inter alia*, the Minnesota False Statement in Adverting Act (Minn. Stat. §325F.67) and the Minnesota Prevention of Consumer Fraud Act (Minn. Stat. §325F.68 *et. seq*).

Plaintiff Kim Miller ("Plaintiff Miller), is a citizen of Michigan who brings claims in this action pursuant to, *inter alia*, the Michigan Consumer Protection Act (Mich. Comp. Laws §§445.901 *et. seq*).

Plaintiff Dan Scalf ("Plaintiff Scalf") is a citizen of Indiana who brings claims in this action pursuant to, *inter alia*, the Indiana Deceptive Consumer Sales Act (Ind. Code §24-5-0.5-1 *et. seq*).

Plaintiff David Ulery ("Plaintiff Ulery") is a citizen of Colorado who brings claims in this action pursuant to, *inter alia*, the Colorado Consumer Protection Act (Colo. Rev. Stat. §6-1-101 *et. seq*).

Plaintiff Ricky Wright ("Plaintiff Wright") is a citizen of Georgia who brings claims in this action pursuant to, *inter alia*, the Georgia Fair Business Practices Act (Ga. Code Ann. §10-1-390 *et. seq*).

Plaintiff Michael Miller ("Plaintiff Miller"), is a citizen of Tennessee who purchased Health-Ade Kombucha products in Tennessee and Alabama brings claims in this action pursuant to, *inter alia*, the Tennessee Consumer Protection Act (Tenn. Code Ann. §47-18-101 *et. seq*).

| | |
|---|---|
| 1 | Plaintiff Claude Vogel ("Plaintiff Vogel") is a citizen of Illinois who brings claims in this action pursuant to, *inter alia*, the Illinois Consumer Fraud and Deceptive Business Practices Act (815 Ill. Comp. Stat. 505/1 *et. seq*). |

Plaintiff Claude Vogel ("Plaintiff Vogel") is a citizen of Illinois who brings claims in this action pursuant to, *inter alia*, the Illinois Consumer Fraud and Deceptive Business Practices Act (815 Ill. Comp. Stat. 505/1 *et. seq*).

Plaintiff Arleta Kordylewska ("Plaintiff Kordylewska") is a citizen of Connecticut who brings claims in this action pursuant to, *inter alia*, the Connecticut Unfair Trade Practices Act (Conn. Gen. Stat. §42-110a *et. seq*).

Plaintiff Brooke Tolan ("Plaintiff Tolan") is a citizen of Ohio who brings claims in this action pursuant to, *inter alia*, the Ohio Consumer Sales Practices Act (Ohio. Rev. Code Ann. §1345.01 *et. seq*).

Plaintiff Keisha Walton ("Plaintiff Walton") is a citizen of Maryland who purchased Health-Ade kombucha beverages in the State of Maryland and in Washington D.C. Plaintiff Walton brings claims in this action pursuant to, *inter alia*, the Maryland Consumer Act (Md. Code Ann. §13-101 *et. seq*) and the District of Columbia Consumer Protection Procedures Act (DC Official Code §§ 28-3901 *et. seq.*)

Plaintiff Michelle Grochowski ("Plaintiff Grochowski") is currently a citizen of North Carolina, however, during the Class Period, Plaintiff Grochowski was also a citizen of Iowa. Plaintiff Grochowski brings claims in this action pursuant to, *inter alia*, the North Carolina Unfair and Deceptive Trade Practices Act (N.C. Gen. Stat. §75-1.1 *et. seq*).

Plaintiff Raquel Perez ("Plaintiff Perez") is a citizen of New Hampshire who brings claims in this action pursuant to, *inter alia*, the New Hampshire Consumer Protection Act (N.H. Rev. Stat. Ann. §358-A:1 *et. seq*).

Based upon the above, Plaintiffs submit that their interests are not being adequately represented in the mediation occurring in the related *Bayol* action. By and through their counsel, Plaintiffs have requested permission to attend the mediation on behalf of class members in their respective states of purchase and/or resident but have been rebuffed by counsel for plaintiffs in the *Bayol* action. Defendant has not taken a position in opposition to Plaintiffs' participation in such mediation provided counsel in *Bayol* agree to such participation.

## CONCLUSION

WHEREFORE, Plaintiffs move for entry of an ORDER requiring counsel in the *Bayol* action to permit Attorneys for Plaintiffs to attend the mediation scheduled for June 26, 2018.

DATED: June 25, 2018　　　　　　　　**BRADLEY/GROMBACHER, LLP**
　　　　　　　　　　　　　　　　　　　　**MORGAN & MORGAN**

　　　　　　　　　　　　　　　　　　By:　*/s/ Kiley Lynn Grombacher*
　　　　　　　　　　　　　　　　　　　　Marcus J. Bradley, Esq.
　　　　　　　　　　　　　　　　　　　　Kiley L. Grombacher, Esq.
　　　　　　　　　　　　　　　　　　　　Taylor L. Emerson, Esq.
　　　　　　　　　　　　　　　　　　　　John A. Yanchunis, Esq.
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff