1  **BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
2  Kiley L. Grombacher, Esq. (SBN 245960)
Taylor L. Emerson, Esq. (SBN 225303)
3  2815 Townsgate Road, Suite 130
Westlake Village, California 91361
4  Telephone:     (805) 212-5124
Facsimile:      (805) 270-7589
5  E-Mail: mbradley@bradleygrombacher.com
          kgrombacher@bradleygrombacher.com
6          temerson@bradleygrombacher.com

7  (*Additional Counsel on Subsequent Page*) Attorneys for Plaintiffs

**DENIED***

*Maxine M. Chesney*

Judge Maxine M. Chesney

*Not timely filed.

8

9              **UNITED STATES DISTRICT COURT**

10             **NORTHERN DISTRICT OF CALIFORNIA**

11                   **SAN JOSE DIVISION**

12

13  LYNETTE GONZALEZ, MICHAELA
FURDZOVA, LUCAS MARISCAL,
14  STEPHANIE PORTER, SEATON COLLARD
JAMES COFFIN, LAWRENCE EBEL,
15  PATRICK ROJAS, SYMONE SWEAZIE,
SARAH COWART, KYMBERLY LOVETT,
16  KIM MILLER, DAN SCALF, DAVID
ULERY, RICKY WRIGHT, MICHAEL
17  MILLER, CLAUDE VOGEL, ARLETA
KORDYLEWSKA, BROOKE TOLAN,
18  KEISHA WALTON, MICHELLE
GROCHOWSKI, RAQUEL PEREZ, and
19  SANDRA NICLAS individually and on behalf
of all others similarly situated,
20
21          Plaintiff,
22
v.
23
HEALTH-ADE. LLC, a Delaware limited
24  liability company
25          Defendant.
26
27
28

| | |
|---|---|
| | **CASE NO.  3:18-cv-01836-MMC** **(Assigned to Hon. Maxine M. Chesney)** |
| | **REQUEST FOR AN ORDER TO PERMIT PARTICIPATION IN MEDIATION SCHEDULED FOR JUNE 26, 2018** |
| | [Filed concurrently with [Proposed] Order Granting Request for an Order to Permit Participation in Mediation Scheduled for June 26, 2018] |
| | Complaint Filed: 3/23/18 |

1   **MORGAN & MORGAN**
John A. Yanchunis (*admitted pro hac vice*)
2   Ryan McGee (*admitted pro hac vice*)
201 N. Franklin Street, 7th Floor
3   Tampa, Florida 33602
Telephone Number: (813) 223-5505
4   Facsimile Number: (813) 222-4736
jyanchunis@forthepeople.com
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Plaintiffs Lynette Gonzalez, Michaela Furdzova, Lucas Mariscal, Stephanie Porter,

2   Seaton Collard, James Coffin, Lawrence Ebel, Patrick Rojas, Symone Sweazie, Sarah

3   Cowart, Kymberly Lovett, Kim Miller, Dan Scalf, David Ulery, Ricky Wright, Michael

4   Miller, Claude Vogel, Arleta Kordylewska, Brooke Tolan, Keisha Walton, Michelle

5   Grochowski, Raquel Perez and Sandra Niclas ("Plaintiffs") have come to understand that

6   Defendant Health-Ade LLC ("Defendant" or "Health-Ade") plan to engage in mediation

7   with plaintiffs in the related action *Bayol, et al. v. Health-Ade LLC, et. al.,* Case No. 18-cv-

8   01462-MMC, on June 26, 2018.

9   Although counsel for Plaintiffs have attempted in good faith to participate in the

10   mediation, and Defendant's counsel takes no position, counsel for the *Bayol* Plaintiffs has

11   informed undersigned that the mediation is closed solely to the *Bayol* parties, even after

12   this Court related the cases. (Doc. 14).  By this Motion, Plaintiffs hereby move to be

13   permitted to attend and participate in such mediation.

14   Plaintiff Lucas Mariscal ("Plaintiff Mariscal") is a resident of Vancouver,

15   Washington who purchased Health-Ade kombucha beverage products in both Oregon and

16   Washington.  Plaintiff Mariscal brings claims *inter alia,* under the Oregon Trade Practices

17   Law (Or. Rev. Stat. §646.605 *et. seq.*) and the Washington Consumer Protection Act

18   (Wash. Rev. Code §19.86.010 *et. seq*).

19   Plaintiff Stephanie Porter (Plaintiff Porter") is a citizen or Oregon and also brings

20   claims *inter alia,* pursuant to the Oregon Trade Practices Law (Or. Rev. Stat. §646.605 *et.*

21   *seq.*).

22   Plaintiff Seaton Collard ("Plaintiff Collard") is a citizen of Texas who brings claims

23   in this action pursuant to, *inter alia*, the Texas Deceptive Trade Practices- Consumer

24   Protection Act (Tex. Rev. Code §17.41 *et. seq*).

25   Plaintiff Symone Sweazie ("Plaintiff Sweazie") is a citizen of New Jersey, who

26   brings claims in this action pursuant to, *inter alia*, the New Jersey Deceptive Trade

27   Practices Act (N.J. Stat. Ann. §56:8-91 *et. seq*).

28   Plaintiff Patrick Rojas ("Plaintiff Rojas") is a citizen of Florida who brings claims

1   in this action pursuant to, *inter alia*, the Florida Deceptive Trade Practices Act (Fla. Stat.

2   Ann. §501.201 *et. seq*).

3        Plaintiff Lawrence Ebel ("Plaintiff Ebel") is a citizen of Hawaii who brings claims

4   in this action pursuant to, *inter alia*, the Hawaii Unfair and Deceptive Trade Practices Act

5   (Haw. Rev. Stat. §480-1 *et. seq*).

6        Plaintiff Sarah Cowart ("Plaintiff Cowart") is a citizen of Massachusetts who brings

7   claims in this action pursuant to, *inter alia*, the Massachusetts Business Practice and

8   Consumer Protection Act (Mass. Gen. Laws Ann. §93A-1 *et. seq*).

9        Plaintiff Kymberly Lovett ("Plaintiff Lovett") is a citizen of Minnesota who brings

10   claims in this action pursuant to, *inter alia*, the Minnesota False Statement in Adverting

11   Act (Minn. Stat. §325F.67) and the Minnesota Prevention of Consumer Fraud Act (Minn.

12   Stat. §325F.68 *et. seq*).

13        Plaintiff Kim Miller ("Plaintiff Miller), is a citizen of Michigan who brings claims

14   in this action pursuant to, *inter alia*, the Michigan Consumer Protection Act (Mich. Comp.

15   Laws §§445.901 *et. seq*).

16        Plaintiff Dan Scalf ("Plaintiff Scalf") is a citizen of Indiana who brings claims in

17   this action pursuant to, *inter alia*, the Indiana Deceptive Consumer Sales Act (Ind. Code

18   §24-5-0.5-1 *et. seq*).

19        Plaintiff David Ulery ("Plaintiff Ulery") is a citizen of Colorado who brings claims

20   in this action pursuant to, *inter alia*, the Colorado Consumer Protection Act (Colo. Rev.

21   Stat. §6-1-101 *et. seq*).

22        Plaintiff Ricky Wright ("Plaintiff Wright") is a citizen of Georgia who brings claims

23   in this action pursuant to, *inter alia*, the Georgia Fair Business Practices Act (Ga. Code

24   Ann. §10-1-390 *et. seq*).

25        Plaintiff Michael Miller ("Plaintiff Miller"), is a citizen of Tennessee who

26   purchased Health-Ade Kombucha products in Tennessee and Alabama brings claims in this

27   action pursuant to, *inter alia*, the Tennessee Consumer Protection Act (Tenn. Code Ann.

28   §47-18-101 *et. seq*).

1  Plaintiff Claude Vogel ("Plaintiff Vogel") is a citizen of Illinois who brings claims

2  in this action pursuant to, *inter alia*, the Illinois Consumer Fraud and Deceptive Business

3  Practices Act (815 Ill. Comp. Stat. 505/1 *et. seq*).

4  Plaintiff Arleta Kordylewska ("Plaintiff Kordylewska") is a citizen of Connecticut

5  who brings claims in this action pursuant to, *inter alia*, the Connecticut Unfair Trade

6  Practices Act (Conn. Gen. Stat. §42-110a *et. seq*).

7  Plaintiff Brooke Tolan ("Plaintiff Tolan") is a citizen of Ohio who brings claims in

8  this action pursuant to, *inter alia*, the Ohio Consumer Sales Practices Act (Ohio. Rev. Code

9  Ann. §1345.01 *et. seq*).

10  Plaintiff Keisha Walton ("Plaintiff Walton") is a citizen of Maryland who purchased

11  Health-Ade kombucha beverages in the State of Maryland and in Washington D.C. Plaintiff

12  Walton brings claims in this action pursuant to, *inter alia*, the Maryland Consumer Act

13  (Md. Code Ann. §13-101 *et. seq*) and the District of Columbia Consumer Protection

14  Procedures Act (DC Official Code §§ 28-3901 *et. seq.*)

15  Plaintiff Michelle Grochowski ("Plaintiff Grochowski") is currently a citizen of

16  North Carolina, however, during the Class Period, Plaintiff Grochowski was also a citizen

17  of Iowa.  Plaintiff Grochowski brings claims in this action pursuant to, *inter alia*, the North

18  Carolina Unfair and Deceptive Trade Practices Act (N.C. Gen. Stat. §75-1.1 *et. seq*).

19  Plaintiff Raquel Perez ("Plaintiff Perez") is a citizen of New Hampshire who brings

20  claims in this action pursuant to, *inter alia*, the New Hampshire Consumer Protection Act

21  (N.H. Rev. Stat. Ann. §358-A:1 *et. seq*).

22  Based upon the above, Plaintiffs submit that their interests are not being adequately

23  represented in the mediation occurring in the related *Bayol* action.  By and through their

24  counsel, Plaintiffs have requested permission to attend the mediation on behalf of class

25  members in their respective states of purchase and/or resident but have been rebuffed by

26  counsel for plaintiffs in the *Bayol* action.  Defendant has not taken a position in opposition

27  to Plaintiffs' participation in such mediation provided counsel in *Bayol* agree to such

28  participation.

1

## CONCLUSION

2        WHEREFORE, Plaintiffs move for entry of an ORDER requiring counsel in the

3    *Bayol* action to permit Attorneys for Plaintiffs to attend the mediation scheduled for June

4    26, 2018.

5

6    DATED:  June 25, 2018                    **BRADLEY/GROMBACHER, LLP**
                                              **MORGAN & MORGAN**
7

8                                            By:    */s/ Kiley Lynn Grombacher*
                                                    Marcus J. Bradley, Esq.
9                                                   Kiley L. Grombacher, Esq.
                                                    Taylor L. Emerson, Esq.
10                                                  John A. Yanchunis, Esq.
                                                    Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28